# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD CONNERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:17-cv-01980-LSC-GMB |
| ) | |
| ALABAMA BOARD OF PARDON ) | |
| AND PAROLES, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 6, 2019, recommending Petitioner Charles Edward Conners's ("Petitioner" or "Conners") petition for writ of habeas corpus be denied and this action dismissed with prejudice. (Doc. 34). Petitioner filed objections to the report and recommendation on May 28, 2019. (Doc. 37).

Petitioner denies he raised a gateway actual innocence claim concerning his 1975 murder conviction (doc. 37 at 1). However, the report and recommendation need not be rejected even if the magistrate judge incorrectly interpreted Petitioner's allegations as a fruitless attempt to state such a claim. (Doc. 34 at 5-6). Conners's remaining objections amount to nothing more than a short and highly generalized

repetition of the claims set out in his petition. (*Id.* at 2-11). None reveal any legal or factual errors in the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that Petitioner's claims for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 are due to be **DENIED** and this action **DISMISSED WITH PREJUDICE**. A certificate of appealability is due to be **DENIED**.

**DONE** and **ORDERED** on August 12, 2019.

_____
L. Scott Coogler
United States District Judge

160704